UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-9792-DMG (JPRx)** | Date | August 28, 2025 |
| Title | *Jonathan Perellis v. Reliance Standard Life Insurance Company* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 28, 2025, the Court issued a case management and scheduling order ("CMO") scheduling deadlines for this action and a trial to commence on September 16, 2025. [Doc. # 16.] The deadlines included dates by which the parties had to file their dispositive motions, if any (May 23, 2025), their joint status report regarding settlement (July 29, 2025), the joint administrative record and opening briefs (August 12, 2025), and their responsive briefs (August 26, 2025). *Id.* at 7.

These deadlines have expired without any filings from the parties. Indeed, the parties have not filed any documents in this action since February 14, 2025.[1]

Therefore, **IT IS HEREBY ORDERED** that the Plaintiff Jonathan Perellis show cause in writing no later than **September 4, 2025** why this action not be dismissed without prejudice for failure to prosecute.

**Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

**IT IS SO ORDERED**.

---

[1] If the parties have reached a settlement, they should have immediately notified the Courtroom Deputy Clerk. *See* Procedures, https://www.cacd.uscourts.gov/honorable-dolly-m-gee.