JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PERELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO: CV 24-09792−DMG (JPRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) [19]** |

Based upon the parties' stipulation, and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: September 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge